82,425-01

John McCollor
1452312
F.M. Robertson Unit
12071 FM 3522
Abilene, TX 79601

April 6, 2015

Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

RE: **MOTION FOR REQUEST FOR REMAND UNDER TEXAS CODE CRIMINAL PORCEDURE ARTICLE 11.07, SECTION 3**

Dear Clerk:

Can you please tell me the status of the above motion. I have not heard from this Court as to the disposition of the motion, and I cannot proceed to any other step in my appeals process until this motion is disposed of.

Thank you for your time and consideration.

Sincerely,

John McCollor

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta, Clerk